UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANIEL ANGEL DURAN MARTINEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-2880 |
| | § | |
| WARDEN, JOE CORLEY PROCESSING | § | |
| CENTER, *et al.* | § | |
| | § | |
| Respondents. | § | |

## ORDER GRANTING PETITIONER'S MOTION
## FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

THIS MATTER having come before the Court on Petitioner's Motion for Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2), and the Court having considered the motion, any opposition thereto, and the record in this matter:

**IT IS HEREBY ORDERED** that Petitioner's Motion for Voluntary Dismissal Without Prejudice (Dkt. 5) is **GRANTED**, subject to the following conditions:

1. This action is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2). The dismissal is without prejudice to Petitioner's right to file a new petition for writ of habeas corpus in any future proceeding in which Petitioner is detained in the United States and denied an individualized bond hearing, raising the same or similar constitutional claims as those presented in this Petition.

2. No determination has been made on the merits of any claim raised in the Petition. This order shall not be construed as a finding, holding, or adjudication on any issue of fact or law presented in this proceeding.

3. The Clerk of Court is directed to RETAIN all filings, exhibits, transcripts, and other materials in this action. Petitioner and Petitioner's counsel of record

may obtain certified copies of any document in the record upon request and payment of applicable fees.

**IT IS FURTHER ORDERED** that any previously issued temporary restraining orders, preliminary injunctions, or stays of removal in this matter are hereby **VACATED** as moot.

**IT IS FURTHER ORDERED** that the Clerk of Court shall close this case, subject to the record preservation requirements of Condition 4 above.

All pending motions are **DENIED without prejudice** as moot.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on _____ June 22 _____, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE